**Appellant's Motion to Dismiss is Granted; Appellee's Motion to Dismiss is Moot; Appeal Dismissed and Memorandum Opinion filed January 7, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00620-CV

## ATTIP GROUP LLC, Appellant

## V.

## CITY OF FULSHEAR, TEXAS, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-250347**

## MEMORANDUM OPINION

This appeal is brought from a judgment signed July 31, 2020. On December 16, 2020, appellant filed a motion to voluntarily dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellee has not objected to the motion and there is no indication that dismissal would prevent appellee from seeking any relief to which it

would otherwise be entitled. *Id.* We therefore grant appellant's motion and dismiss the appeal.[1] As the motion does not indicate the parties have agreed otherwise, costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.

---

[1] Because we grant appellant's motion to dismiss the appeal, appellee's motion to dismiss the appeal is moot.